No. 367. LITTLE, TRUSTEE IN BANKRUPTCY, v. BANK OF WADESBORO. October 22, 1934. Petition for writ of

certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. W. C. Davis* for petitioner. *Mr. John M. Robinson* for respondent.